```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                       November 1, 2016

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      CR         DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHRAJUDDIN NASRUDDIN, an individual,<br><br>    Plaintiff and Respondent<br><br>    v.<br><br>TATITLEK SUPPORT SERVICES, INC., an Alaskan Corporation,<br><br>    Defendant and Appellant. | Case No. 2:15-cv-06504-SVW (PJRx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT OF THE *NUR* CLASS ACTION AND ITS FINAL APPROVAL BY THIS COURT**<br><br>[STIPULATION PREVIOUSLY FILED] |

ORDER OF DISMISSAL WITH PREJUDICE AND BOND EXONERATION

35630139v.1

1  The Court, having been advised that the Plaintiff in this action is covered by the
2  class and collective action settlement and class release reached in *Nur, et al. v. Tatitlek*
3  *Support Services, Inc. et al.*, United States District Court for the Central District of
4  California, Case No. 15-CV-00094 SVW (the "*Nur* Action").  The Court further
5  recognizes that this Court's "Order Granting Final Approval of Class Action Settlement"
6  in the *Nur* Action expressly and specifically included Plaintiffs' proceedings as being
7  among those "DLSE Award Claimants Whose Trial De Novo Proceedings Are
8  Dismissed With Prejudice."  (See *Nur* Action Document 81 at pages 84-86 of 87
9  (attaching Documents 79-80 (the *Nur* Action Final Approval Order) as exhibits thereto).)
10  The Court further observes that this Court's the *Nur* Action Final Approval Order
11  provides for "authorizing the release of any bond posted by Defendants in connection
12  with" this action.  (*Nur* Action Document 80 at ¶ 22)
13  Based on the foregoing, and finding good cause therefor, the Court hereby finds
14  that the above-captioned action has been resolved in connection with the *Nur* Action, and
15  ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE
16  and any bond posted in connection with the above-captioned action is hereby exonerated.

18  IT IS HEREBY ORDERED.

21  Dated:     November 01, 2016

         _____
         Honorable Stephen V. Wilson